Dismissed and Memorandum Opinion filed May 10, 2007








Dismissed
and Memorandum Opinion filed May 10, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00325-CV

____________

 

JOHNELL COLLINS, Appellant

 

V.

 

THE CARE GROUP OF TEXAS; TCG
INTERESTS, LTD. DBA THE CARE GROUP OF TEXAS; OSHER MANAGEMENT LLC; SHARON WEBB,
RN; DARLENE HOWELL, RN; THERESA BOHANNON-GERKE, RN; JULIE ABNEY; ANGELA SWANEY,
RN; KAREN LONG, RN; AMY AGUILAR, RN; and ELIZABETH OSHER, Appellees

 



 

On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2006-10889

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 26, 2007.  On May 4, 2007, the parties
filed a joint motion to dismiss the appeal in order to effectuate a compromise
and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is granted.

 








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 10,
2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.